**FILED**
MAY 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 MAY 29 PM 1:42
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEFFREY A. MOSS. ESQ. SBN #108034
   LAW OFFICES OF JEFFREY A. MOSS
2  454 Las Gallinas Ave., #310
   San Rafael, Ca 94903
3  Tel: (415) 456-2566
   Fax: (415) 472-6677
4  mossesq@comcast.net

5  Attorney for Plaintiff ELECTRONIC INNOVATIONS, INC.

6

7                  IN THE UNITED STATES DISTRICT COURT

8       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9  UNITED STATES, For the Use and        | CIVIL ACTION
   Benefit of ELECTRONIC                 |
10 INNOVATIONS, INC., a California       | FILE NO. CV 08 1412 MEJ
   Corporation,                          |
11                                       |
                         Plaintiff,      | NOTICE OF DISMISSAL
12                                       | (FRCP Rule 41(a))
           v.                            |
13                                       |
   DICK/MORGANTI/NIBBI, A JOINT          |
14 VENTURE, DICK/MORGANTI, A             |
   JOINT VENTURE, DICK                   |
15 CORPORATION, MORGANTI GROUP,          |
   AMERICAN CASUALTY COMPANY             |
16 OF READING, PA., NATIONAL UNION       |
   FIRE INSURANCE COMPANY OF             |
17 PITTSBURGH, PA, CONTINENTAL           |
   CASUALTY COMPANY AND DOES 1           |
18 TO 25, INCLUSIVE,                     |
                                         |
19                       Defendants.     |

20     NOTICE IS HEREBY GIVEN THAT Plaintiff hereby dismisses, with prejudice, the

21 entire complaint on file herein pursuant to FRCP 41(a).

22 Date: May 28, 2008              LAW OFFICE OF JEFFREY A. MOSS, ESQ.

23

                                   by:_____
24                                      JEFFREY A. MOSS, ESQ.

25

                                    1
                          **NOTICE OF DISMISSAL**